# Exhibit 1

Scioto Ambulance District
PO Box 64
McDermott OH 45652

July 3, 2022

Ms. T. Crisp
3701 Sedan Crabtree Road
Lucasville OH 45648

Ms. Crisp:

The Scioto Ambulance District Board recently completed an investigation into your action of showing a nude photo of a co-worker to two other co-workers while on paid duty and while on Scioto Ambulance Board premises.

As a result, the Board has determined that you have violated work rule number 47: Any violation of ORC 124.34 and for incompetency, inefficiency, dishonesty, drunkenness, immoral conduct, insubordination, discourteous treatment of the public, neglect of duty, failure of good behavior, or any other acts of misfeasance, malfeasance, or nonfeasance in office.

The consequences for this offense range from written reprimand to suspension to removal. The board has determined that removal is appropriate in this case.

A copy of the rule is enclosed, as well as a copy of your written statement stating you did display nude photos of a male co-worker to two other female co-workers while on duty and while on the district's premises.

If you choose to appeal this decision, you are entitled to a hearing before the four members of the board. A copy of an appeal form is enclosed. If you choose to appeal, please give the board notice by completing the appeal form and forwarding it to the board at the above address. *Please send the appeal form back in such a manner that it requires a signature to verify delivery to the Board.* The appeal must be made available to the Board within 15 days of your signed receipt of this notice.

As a side note, the Board has possession of the drug access key that was issued to you, as well as your work keys as delivered on July 2.

Sincerely,

The Scioto Ambulance District Board

## SCIOTO AMBULANCE INCIDENT REPORT.

DATE: 6/23/22   TIME OF INCIDENT: _____   DATE OF INCIDENT: _____

WHO WAS PRESENT: (current incident) Sandy, Marissa (initial reporting) John Kluber, Tracy, Ralph, Phil, Amy, Suzzan

SUMMARY OF WHAT HAPPENED: On shift I was having a private conversation amongst myself Sandy, Marissa about EMS Culture and where they are both new and Marissa is only 21 and fresh to EMS. Marissa brought up how much "relationship drama" there is. I let her know that what I have found and what I wasn't warned about when I started into EMS was that there is always a grain of truth in most of the rumors and that theres lots of "perverted/ predatory men" in EMS and that they will get commits and that all the women in EMS know who makes them, who acts on the comments and who will stop when you ask them to. Basically a who to ~~edit~~ avoid it then turned to who specifically to avoid / watch yourself c̄ here @ Squad 2. I stated it wasn't too bad here

Reporting employees Signature. _____

Attach additional facts if nessarary:
make copies for supervisor, Clerk and Board Member, keep a copy for your records.

with the drama/comments. I told them of our employees. Jeremy Gullett who I explained was just a "play boy" who would hit on you but once you say no would leave you alone.

Then I told them about Josh Gullett and my dealings with him over the years as well as other document issues c̄ him and his perverted nature. That is when I showed them the proof of his public social media website what he wrote in his about me. Now on this public social media website he has naked photos of himself for anyone to see. We then continued to talk about other things in SMS culture. It is my understanding that Mr. Gullett then made a lewd comment to Sandy who then let him know that she had already been warned about this type of behavior and Mr. Gullett took offense. I have previously made it known to this entity about Mr. Gulletts comments and actions towards myself with the only thing being done about it is that he was no longer to be scheduled c̄ me on my shift. That is historically the only recourse for this type of behavior so I had to accept that. That is why females feel the need to warn each other about these types of things.

[signature]

consent.

5 or R                    R

47. Any violation of ORC. 124.34 and for incompetency, inefficiency, dishonesty, drunkeness, immoral conduct, insubordination, discourteous treatment of the public , neglect of duty, failure of good behavior or any other acts of misfeasance, malfeasance, or nonfeasance in office.

WR or 1 or R          2 or R          5 or R          R

APPROVED BY THE SCIOTO AMBULANCE BOARD ON _Dec. 15th_, 2010

_____ 12/17/10        _____
RALPH CARVER, BRD. PRES.           SUZANNE NICHOLS, BRD. V.P.

_____                  _____
PATRICIA BOX, BRD. MEMBER          MARSHA JONES, BRD. MEMBER

_____ 12/17/10
DONALD SARGENT, BRD MEMBER

dms
file:

33