**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

GERTRUDE CRISP,　　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　*Plaintiff,*　　　　　　　　 :　　Case No. 1:23-cv-273
　　　　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　　　　 :　　Judge Jeffery P. Hopkins
　　　　　　　　　　　　　　　　　　　:
SCIOTO AMBULANCE DISTRICT,　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　*Defendant.*　　　　　　　　:

---

## JUDGMENT IN A CIVIL CASE

---

☐ **Jury Verdict.**　　　　　　This action came before the Court for a trial by jury.
　　　　　　　　　　　　　　　The issues have been tried and the jury has rendered its
　　　　　　　　　　　　　　　verdict.

☐ **Decision by Court.**　　　This action came to trial or hearing before the Court.
　　　　　　　　　　　　　　　The issues have been tried or heard and a decision has
　　　　　　　　　　　　　　　been rendered.

☒ **Decision by Court.**　　　This action was decided by the Court without a trial or
　　　　　　　　　　　　　　　hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the September 30, 2025 Order, Defendant Scioto Ambulance District's Motion for Summary Judgment (Doc. 23) is **GRANTED** and Plaintiff Crisp's Motion for Summary Judgment (Doc. 25) is **DENIED**. The Clerk is directed to enter judgment for Scioto Ambulance District and terminate this matter from the docket.

Dated:　September 30, 2025　　　　　　　　Richard W. Nagel, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　By: */s Karli Colyer*
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk